# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. Robert M. Levy  DATE: 3/31/2023

DOCKET NUMBER: 23 CR 118 (BMC)  FTR #: 11:04 - 11:10

DEFENDANT'S NAME: Rashawnee Gray
_X_ Present  ___ Not Present  ___ Custody  ___ Bail

DEFENSE COUNSEL: Kannan Sundaram
_✓_ Federal Defender  ___ CJA  ___ Retained

A.U.S.A: Andrew Wang  CLERK: M. Sica

INTERPRETER: _____ (Language) _____

_X_ Defendant arraigned on the: _X_ indictment ___ superseding indictment ___ probation violation

_X_ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.  ___ Defendant's first appearance.

___ Bond set at _____.
Defendant ___ released ___ held pending satisfaction of bond conditions.
___ Defendant advised of bond conditions set by the Court and signed the bond.
___ Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.
___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

_X_ Order of Excludable Delay/Speedy Trial entered.  Start 3/31/23  Stop 5/10/23

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

_X_ Status conference set for 5/10/23 @ 12 noon before Judge Cogan

Other Rulings: _____