# Federal Defenders
## O F   N E W   Y O R K ,   I N C.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and*
*Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

May 8, 2023

**By ECF**
The Honorable Brian M. Cogan
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn New York 11201

**Re:    United States v. Rashawnee Gray**
**23-cr-118 (BMC)**

Dear Judge Cogan:

I write, with the government's consent, to request an adjournment of the upcoming status conference, which is currently calendared for May 10, 2023 by video-conference. I make this request because I am unavailable on that date due to a scheduling conflict. Based on the parties' upcoming schedules, I am requesting that the video status conference be reset to one of the following dates, if available: May 16, May 17 (2 pm or later), May 18 (3:30 pm or later), or May 19 (9:30 or 10 am or after 12:30 pm).

As the case is still in the early stages of discovery and plea discussions, the parties jointly request that time under the Speedy Trial Act continue to be excluded through the next court date. I thank the Court for its consideration.

Respectfully Submitted,

/s/

Kannan Sundaram
Assistant Federal Defender
(646) 588-8311

cc: Andrew Wang
    Assistant U.S. Attorney